1380-14

# ELECTRONIC RECORD

COA # 03-13-00230-CR          OFFENSE: 19.03

STYLE: Mark Alan Norwood v. The State of Texas          COUNTY: Williamson

COA DISPOSITION:    AFFIRMED          TRIAL COURT: 368th District Court

DATE: 08/15/14          Publish: NO    TC CASE #: 11-1600-K368

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Mark Alan Norwood v. The State of Texas          CCA #: 1380-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____refused_____          JUDGE: _____

DATE: Jan 14, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD